Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRUSTEES OF THE TEAMSTERS
LOCAL 631 SECURITY FUND FOR
SOUTHERN NEVADA; TRUSTEES OF
THE TEAMSTERS CONVENTION
INDUSTRY TRAINING FUND,

                                    Plaintiffs,

vs.

KNOX INSTALLATION -
DISMANTLING AND SERVICES, INC., a
Nevada corporation,

                                    Defendant.

Case No. 2:12-cv-01689-JAD-GWF


**ORDER GRANTING
RELEASE OF WRIT OF
GARNISHMENT** [#26]

Garnishee:     Wells Fargo Bank, N.A.
                      1507 W. Craig Road
                      North Las Vegas, NV  89032

        The Judgment Creditor, Trustees Of The Teamsters Local 631 Security Fund For Southern

Nevada, Trustees Of The Teamsters Convention Industry Training Fund, Plaintiffs, hereby release

//

//

//

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

the garnishment order issued and served on the above-named garnishee in this action.

Dated: November 6, 2013.        BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 9, 2013.

_____
JENNIFER DORSEY
UNITED STATES DISTRICT JUDGE